STATE OF NORTH CAROLINA v. KENNETH JORDAN

No. 7110SC740

(Filed 15 December 1971)

**Forgery § 1— possession of forged instrument — presumptions**

A person who is found in the possession of a forged instrument and who is endeavoring to obtain money upon it is presumed to have forged the instrument or to have consented to its forgery.

APPEAL by defendant from *Hobgood, Judge,* 12 July 1971 Session of Superior Court held in WAKE County.

Defendant was convicted of forgery and of uttering a forged check. A discussion of the facts is not necessary to dispose of the appeal by the defendant.

*Attorney General Robert Morgan by Associate Attorney Henry E. Poole for the State.*

*Robert P. Gruber for defendant appellant.*

VAUGHN, Judge.

Defendant's court-appointed counsel brings forward only one assignment of error. Counsel tacitly concedes that to sustain his assignment of error this Court would have to overrule the long-standing doctrine set forth in *State v. Welch,* 266 N.C. 291, 145 S.E. 2d 902, as follows:

" . . . '[W]hen one is found in the possession of a forged instrument and is endeavoring to obtain money or advances upon it, this raises a presumption that defendant either forged or consented to the forging such instrument, and nothing else appearing the person would be presumed to be guilty.' "

For the reasons stated by Chief Justice Ruffin in *State v. Morgan,* 19 N.C. 348, the presumption is sound. The record in this case reveals no prejudicial error.

No error.

Judges BROCK and BRITT concur.